# EXHIBIT A



CCS-CMGC / Wellpath – Structure Chart as of 7/7/2020