# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELLPATH, LLC, et al.** | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 20-4885 |
| **v.** | : | |
| | : | |
| **EVANSTON INSURANCE COMPANY** | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 30th day of August 2021, upon consideration of Defendant's *motion to transfer venue pursuant to 28 U.S.C. § 1404(a)*, [ECF 5], Plaintiffs' opposition thereto, [ECF 10], Defendant's reply, [ECF 11], and Plaintiffs' sur-reply, [ECF 14], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to transfer venue is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Middle District of Tennessee.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*